IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGNA GARRETT,<br><br>      Petitioner,<br><br>  v.<br>PAUL COPENHAVER, Warden,<br>HARLEY LAPPIN, Director, BOP,<br><br>      Respondents.<br>_____ | No. C 09-4274 MMC (PR)<br><br>**ORDER OF DISMISSAL** |

On September 15, 2009, petitioner, a federal prisoner incarcerated at Camp Parks, in Dublin, California, and proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. That same date, the Court notified petitioner in writing that the action was deficient due to petitioner's failure to pay the requisite filing fee or, instead, to submit a completed court-approved in forma pauperis ("IFP") application. Petitioner was further advised that her failure to pay the filing fee or, alternatively, to file a completed IFP application, within thirty days, would result in dismissal of the action. Along with said notice, petitioner was sent a copy of the court-approved prisoner's IFP application, instructions for completing it, and a return envelope.

More than thirty days have passed since the deficiency notice was sent to petitioner, and she has neither filed a completed IFP application nor paid the filing fee. Accordingly, the above-titled action is hereby DISMISSED without prejudice.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: October 30, 2009

                                                     MAXINE M. CHESNEY
                                                     United States District Judge